FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 3 0 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

Vs.                      CASE NO. 4:04cr00042-02 JMM

WILLIAM MILLER                                              DEFENDANT

## ORDER

The United States has moved to withdraw its motion to revoke bond. The motion is granted. The Clerk is directed to show the motion to show cause and revoke bond (docket entry #55) as moot. This order is without prejudice to the right of the United States to re-file the motion following further investigation, if appropriate.

The hearing on the motion to revoke bond scheduled July 8, 2005, is canceled.

IT IS SO ORDERED this 30th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE